

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-MJ-01022-DUTY |
| v. | |
| 2) NORELL ANDERSON | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday</u>, <u>March 17, 2023</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Autumn D. Spaeth</u>, in Courtroom <u>6B in person</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: <u>03/14/2023</u>          <u>/s/ Autumn D. Spaeth</u>
                                   U.S. Magistrate Judge

---